IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:14CV633-RLV

| | |
|---|---|
| VERONICA E. GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

**ORDER of REMAND**

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment (Doc. 11) and Defendant's Consent Motion for Remand to the Commissioner (Doc. 17). The parties agree that further administrative proceedings are necessary to evaluate Plaintiff's claim of disability for purposes of the Social Security Act.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Richard L. Voorhees
United States District Judge