IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00633-RLV

| VERONICA E. GRAHAM, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's petition for attorney's fees under the Equal Access to Justice Act (the "Motion"). [Doc. No. 20]. In the Motion, the Plaintiff requests attorney's fees in the amount of $5,000.00, representing 29.25 hours of attorney work. The Defendant has consented to this fee request and agrees that it is reasonable. The Court has reviewed the Plaintiff's request, as well as the evidence submitted in support of the request, and finds that the Plaintiff's requested fee and the hours spent prosecuting this matter are reasonable. *See*, *e.g.*, *Rogers v. Astrue*, No. 5:12-CV-00003-RLV-DCK, 2015 WL 9239000, at *3 (W.D.N.C. Dec. 17, 2015) (Voorhees, J.).

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded from Defendant the sum of $5,000.00 in attorney's fees, subject to any valid offset. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to his counsel's office.

**SO ORDERED**.

Signed: March 30, 2016

Richard L. Voorhees
United States District Judge